NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-16630 |
| Plaintiff-Appellee, | D.C. Nos. |
| v. | 3:16-cv-00359-LRH |
| | 3:12-cr-00032-LRH-WGC-1 |
| ADOLPH VYTAUTAS STANKUS III, | |
| Defendant-Appellant. | MEMORANDUM* |

Appeal from the United States District Court
for the District of Nevada
Larry R. Hicks, District Judge, Presiding

Submitted January 20, 2021**

Before:    McKEOWN, CALLAHAN, and BRESS, Circuit Judges.

Adolph Vytautas Stankus III, appeals from the district court's order denying

his 28 U.S.C. § 2255 motion to vacate his conviction and sentence.  We have

jurisdiction under 28 U.S.C. § 2253.  Reviewing de novo, *see United States v.*

*Reves*, 774 F.3d 562, 564 (9th Cir. 2014), we affirm.

---

        *        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        **        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Stankus challenges his conviction and sentence under 18 U.S.C. § 924(c)(1)(A) for using a firearm during a crime of violence. Stankus's contention that Hobbs Act robbery, 18 U.S.C. § 1951, is not a crime of violence for purposes of 18 U.S.C. § 924(c)(3)(A) is foreclosed. *See United States v. Dominguez*, 954 F.3d 1251, 1260-61 (9th Cir. 2020) (reaffirming that Hobbs Act robbery is a crime of violence under the elements clause of § 924(c)(3)). Stankus asserts that *Dominguez* was wrongly decided, but as a three-judge panel, we are bound by the decision. *See Miller v. Gammie*, 335 F.3d 889, 900 (9th Cir. 2003) (en banc) (three-judge panel is bound by circuit precedent unless that precedent is "clearly irreconcilable" with intervening higher authority).

**AFFIRMED.**